# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

JOHN YEH

MAGISTRATE JUDGE: ___Douglas E. Arpert U.S.M.J.___

MAGISTRATE NO.: _09-856 (JAP)_ ~~09-CR-856(JAP)~~

DATE OF PROCEEDINGS: ___12/14/2009___

DATE OF ARREST: _____

PROCEEDINGS: ___Bail Hearing___

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(✓) TRAVEL RESTRICTED _NJ & Continental U.S._
(✓) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(✓) SURRENDER &/OR OBTAIN NO PASSPORT
(✓) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE: _____
( ) DETENTION / BAIL HRG.          DATE: _____
( ) TRIAL: ___ COURT ___ JURY     DATE: _____
( ) SENTENCING                     DATE: _____
( ) OTHER: _____         DATE: _____

APPEARANCES:

AUSA ___~~[redacted]~~ber & Brigham Cannon___
DEFT. COUNSEL ___Paul Kemp___
~~PROBATION~~ ___Joyce Ruffin PTS___
INTERPRETER ___Stephen Toth & Anna Steckel___
Language: (Sign Language)

Time Commenced: ___11:01 AM___
Time Terminated: ___11:15 AM___
CD No: _____

_s/Charmaine Ellington_
DEPUTY CLERK