*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*
*TRENTON OFFICE*

DATE OF PROCEEDING:  12/14/2009
CRIMINAL DOCKET NO. 09-856(JAP) 01-05

JUDGE JOEL A. PISANO
COURT REPORTER : Joanne Caruso
COURTROOM DEPUTY:  Dana Sledge

TITLE OF CASE:
USA vs. John T.C. Yeh, et al.,

APPEARANCES:
Dept of Justice Trial Attorneys:
Brigham Cannon & Hank Bond Walter
AUSA - Jennifer Davenport
Paralegal - Elizabeth Sebesky
PTS present.
Retd - Paul Kemp, Esq., for defts #1
Retd - Stanley Reed, Esq., for deft #2
CJA Apptd - Allen Orenberg, Esq., for deft #3
Retd - Christopher Hostage, Esq., for deft #4
Retd - Tim Sullivan, Esq., for deft #5
John Yeh, deft present.
Joseph Yeh, deft present.
Anthony Mowl, deft present.
Donald Tropp, deft present.
Viable Communications, party not present.
Anna Steckel, sign language interpreter present.
Stephen Toth, sign language interpreter present.

NATURE OF PROCEEDINGS:
Arraignment & bail modification proceeding held on the Indictment.

Defendant(s) informed of charges, rights and penalties.
Defendant(s) waive reading of the Indictment.
Defendant(s) entered a not guilty plea as to all counts of the Indictment.
Complex order for discovery & inspection filed.
Trial schedule: Pretrial motions due 01/11/2010; Opposition due 01/25/2010; Motion hearing set for 02/08/10 at 10:00 a.m.; Jury trial set 02/22/10 at 9:30 a.m.
Parties directed to submit proposed order regarding any bail modifications.
Chambers conference held.

TIME COMMENCED  11:30 a.m.  TIME ADJOURNED  12:30 p.m.

s/Dana Sledge, Courtroom Deputy