```
UNITED STATES DISTRICT COURT
     DISTRICT OF NEW JERSEY
          TRENTON OFFICE
```

DATE OF PROCEEDING: 12/14/2009
CRIMINAL DOCKET NO. 09-856(JAP) 01-05

*JUDGE JOEL A. PISANO*
*COURT REPORTER : Joanne Caruso*
*COURTROOM DEPUTY: Dana Sledge*

*TITLE OF CASE:*
*USA vs. John T.C. Yeh, et al.,*

*APPEARANCES:*
*Dept of Justice Trial Attorneys:*
*Brigham Cannon & Hank Bond Walter*
*AUSA - Jennifer Davenport*
*Paralegal - Elizabeth Sebesky*
*PTS present.*
*Retd - Paul Kemp, Esq., for defts #1*
*Retd - Stanley Reed, Esq., for deft #2*
*CJA Apptd - Allen Orenberg, Esq., for deft #3*
*Retd - Christopher Hostage, Esq., for deft #4*
*Retd - Tim Sullivan, Esq., for deft #5*
*John Yeh, deft present.*
*Joseph Yeh, deft present.*
*Anthony Mowl, deft present.*
*Donald Tropp, deft present.*
*Viable Communications, party not present.*
*Anna Steckel, sign language interpreter present.*
*Stephen Toth, sign language interpreter present.*

*NATURE OF PROCEEDINGS:*
*Arraignment & bail modification proceeding held on the Indictment.*

*The court determined defts, Anthony Mowl & Donald Tropp to be in an indigent status; financial affidavits submitted in arresting district.*
*Ordered cja appointment of Allen Orenberg, Esquire to be continued as counsel for deft, Mowl*
*Christopher Hostage, Esquire retained as counsel and no longer appointed as cja counsel for deft, Tropp.*
*Paul Kemp, Esquire retained as counsel for deft, John T.C. Yeh.*
*Stanley Reed, Esquire retained as counsel for deft, Joseph Yeh.*
*Timothy Joseph Sullivan, Esquire retained as counsel for deft, Viable Communications, Inc.*
*Defendant(s) informed of charges, rights and penalties.*
*Defendant(s) waive reading of the Indictment.*
*Defendant(s) entered a not guilty plea as to all counts of the Indictment.*
*Complex order for discovery & inspection filed.*
*Trial schedule: Pretrial motions due 01/11/2010; Opposition due 01/25/2010; Motion hearing set for 02/08/10 at 10:00 a.m.; Jury trial set 02/22/10 at 9:30 a.m.*

*Parties directed to submit proposed order regarding any bail modifications.*
*Ordered bail contineud.*
*Chambers conference held.*

*TIME COMMENCED   11:30 a.m.   TIME ADJOURNED   12:30 p.m.*

<u>*s/Dana Sledge, Courtroom Deputy*</u>