**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Trenton Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Criminal No. 09-856 (JAP) |
| **JOHN T.C. YEH,** : | |
| **JOSEPH YEH,** : | |
| **ANTHONY MOWL,** : | |
| **DONALD TROPP and** : | |
| **VIABLE COMMUNICATIONS, INC.,** : | |
| : | |
| **Defendants.** : | |

**Joint Motion for an Extension of Time**

The Government, with the agreement of all parties, moves the Court to find that the "ends of justice served by" a 90-day extension of the timeline set forth in the Court's Order for Inspection and Discovery "outweigh[s] the best interest of the public and the defendant in a speedy trial." *See* 18 U.S.C. § 3161(h)(7)(A). In support of this motion, the parties note:

1. The number of defendants in this and related cases makes it "unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

2. There is a substantial amount of discovery available to the defendants that may "deny counsel for the defendant[s] . . . the reasonable time necessary for effective preparation." *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3. Some of the defendants in this case are individuals who are both deaf and/or hard of hearing and physically separated from their counsel, which complicates the defendants' preparation for trial.

4. An extension of time will allow the parties to better explore pre-trial resolutions to the charges pending against the defendants, especially since coordinating such discussions is made more time consuming because some of the defendants are deaf and/or hard of hearing.

        PAUL PELLETIER
        ACTING CHIEF, FRAUD SECTION

By:    _____/s/_____
        Brigham Cannon
        Trial Attorney, Fraud Section
        Criminal Division
        United States Department of Justice

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

**Trenton Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Criminal No. 09-856 (JAP)** |
| **JOHN T.C. YEH,** : | |
| **JOSEPH YEH,** : | |
| **ANTHONY MOWL,** : | |
| **DONALD TROPP and** : | |
| **VIABLE COMMUNICATIONS, INC.,** : | |
| : | |
| **Defendants.** : | |

**ORDER**

Because the ends of justice served by an extension of time outweigh the best interest of the public and the defendant in a trial within the typical time requirements of the Speedy Trial Act of 1974, it is ORDERED that the timeline set forth in the Order for Discovery and Inspection be extended 90 days.

In support of this Order, the Court makes the following findings:

1. The number of defendants in this and related cases makes it "unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

2. There is a substantial amount of discovery available to the defendants that may "deny counsel for the defendant[s] . . . the reasonable time necessary for effective preparation." *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3. Some of the defendants in this case are individuals who are both deaf and/or hard of hearing and physically separated from their counsel, which complicates the defendants' preparation for trial.

4. An extension of time will allow the parties to better explore pre-trial resolutions to the charges pending against the defendants, especially since coordinating such discussions is made more time consuming because some of the defendants are deaf and/or hard of hearing.

/s/ Joel A. Pisano<br>
JOEL A. PISANO<br>
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

      I certify that on January 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Paul Kemp
pfkemp@venable.com
*Attorney for John T.C. Yeh*

Stanley Reed
sjreed@lerchearly.com
*Attorney for Joseph Yeh*

Allen Orenberg
aorenberg@orenberglaw.com
*Attorney for Anthony Mowl*

Christopher Hostage
tydatty@aol.com
*Attorney for Donald Tropp*

Timothy Sullivan
tsullivan@bsm-legal.com
*Attorney for Viable Communications, Inc.*

                                By:       _____/s/_____
                                            Brigham Cannon
                                            Trial Attorney, Fraud Section
                                            Criminal Division
                                            United States Department of Justice