UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

                                                  Crim No.: 09-cr-856

v.        :

JOHN YEH, et. al.,

                                                                                                                                              :

## ORDER OF DETENTION

This matter having been opened to the Court on motion of the United States by Dennis J. McInerney, Chief of the Frauds Section, Criminal Division, United States Department of Justice (Robert Zink, Trial Attorney, Department of Justice Criminal Division, Fraud Section, appearing on behalf of the Untied States before the Court on May 9, 2011) in the presence of Paul Kemp, Esq., attorney for defendant John Yeh, for an order pursuant to Title 18, United States Code, Section 3148 detaining the defendant pending sentencing without bail based on recent violations of the conditions of his bail and pretrial release; and the Defendant John Yeh having opposed this motion; and for the reasons stated on the record and for good cause shown,

IT IS, therefore, on this ____9th____ day of May, 2011

ORDERED, that the motion of the United States for an order detaining the defendant is hereby GRANTED, and the defendant is hereby ordered detained; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3148 that the defendant be committed to the custody of the United States Marshal's Service.

_____
HONORABLE DOUGLAS ARPERT
United States Magistrate Judge